■ In the Matter of MARC H. FRYBURG, Appellant, v GEORGE M. SPANAKOS et al., Respondents, and GEORGE FRIEDMAN et al., Respondents. [608 NYS2d 755] —Judgment Supreme Court, Bronx County (John P. Collins, J.), entered February 9, 1994, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Rosenberger, J. P., Kupferman, Nardelli, Williams and Tom, JJ.

■ In the Matter of AGUSTIN ALAMO, Appellant, v GEORGE M. SPANAKOS et al., Respondents, and DEMOCRATIC COUNTY COMMITTEE OF BRONX COUNTY et al., Respondents. [— NYS2d —] —Judgment, Supreme Court, Bronx County (John P. Collins, J.), entered on February 9, 1994, unanimously affirmed, with-